# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
## NO. 02-14-00325-CV


DUX PETROLEUM, LLC                                                          APPELLANT

V.

ERW TRADING &                                                                APPELLEE
TRANSPORTATION, LLC

------------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 153-270478-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion To Reverse And Set Aside Trial Court Judgment Without Regard To The Merits And Remand For Disposition In Accord With Agreement Of The Parties, And For Immediate Issuance Of Mandate." It is the court's opinion that the motion should be

---

[1]*See* Tex. R. App. P. 47.4.

granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  January 29, 2015